UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY KNICKERBOCKER, a single person, and DARCY BODY, a single person,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF COLVILLE, a municipal sub-division of the State of Washington, and REX NEWPORT,<br><br>　　　　　　　　Defendants. | NO:  2:15-CV-19-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 71.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 71**, is **GRANTED**.  Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this November 3, 2016.

                                        *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2